## SCHOLL v. STATE.
### No. 24884.

Court of Criminal Appeals of Texas.
Feb. 14, 1951.

Dibrell, Gardner & Dotson, San Antonio, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant's application for permission to file a second motion for rehearing is denied. His application for stay of execution until his application for writ of certiorari has been presented to the Supreme Court of the United States is granted and the mandate will be recalled for a period of·sixty days or until his application is acted upon by the Supreme Court of the United States, provided the same is filed within the period of sixty days.